IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND LARRY CARRASCO,

    Petitioner,               No. CIV S-04-2595 MCE KJM P

    vs.

ROSANNE CAMPBELL, Warden,

    Respondent.           <u>ORDER</u>

                              /

        Petitioner has requested an extension of time to file and serve objections to the March 14, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's request for an extension of time (docket no. 14) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the March 14, 2008 findings and recommendations.

DATED: March 31, 2008.

                                                  U.S. MAGISTRATE JUDGE

/mp
carr2595.111