IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND LARRY CARRASCO,

    Petitioner,               No. CIV S-04-2595 MCE KJM P

    vs.

SCOTT KERNAN,                ORDER

    Respondent.

_____/

    Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's August 20, 2008 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

///

///

1  A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: (1) whether his right to due process was violated by the admission of evidence of prior "bad acts;" (2) whether his right to due process was violated by jury instruction error; (3) whether his conviction violates due process because he was incompetent to stand trial; and (4) whether his right to due process was violated by the trial court's failure to make a sua sponte determination whether he was competent to stand trial.

Petitioner has also filed an application for an extension of time to request a certificate of appealability. In light of this order, petitioner's request for an extension of time will be denied as unnecessary.

Accordingly, IT IS HEREBY ORDERED that:

1. A certificate of appealability is issued in the present action; and

2. Petitioner's September 9, 2008 application for an extension of time is denied.

Dated: September 25, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.

2