IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND LARRY CARRASCO,

    Petitioner,                    No. CIV S-04-2595 MCE KJM P

    vs.

SCOTT KERNAN,

    Respondent.                <u>ORDER</u>

                              /

           Petitioner has requested the appointment of counsel. In light of the fact that this case is now on appeal, petitioner's requests (docket #24 & #25) are denied without prejudice to refiling in the Ninth Circuit Court of Appeals.

DATED: October 20, 2008.

                                                        U.S. MAGISTRATE JUDGE

1/ke
carr2595.110